Wendell COOK, Plaintiff-Appellee/Cross-Appellant,

v.

The DELTONA CORPORATION, Marco Island Development Corporation, and Mackle Brothers Division, a Corporation, Defendants-Appellants/Cross-Appellees.

No. 83–5651.

United States Court of Appeals, Eleventh Circuit.

June 12, 1985.

---

Joseph Mancilla, Jr., Miami, Fla., for defendants-appellants/cross-appellees.

Robert F. Childs, Jr., Birmingham, Ala., for plaintiff-appellee/cross-appellant.

ON PETITION FOR REHEARING

Before GODBOLD, Chief Judge, HILL, Circuit Judge, and PECK *, Senior Circuit Judge.

PER CURIAM:

On petition for rehearing appellee/cross-appellant Wendell Cook notes that the panel failed to address his contention that the district court abused discretion in refusing to award Cook expert witness costs of $2,474.86. Addressing this issue, we find that the judgment of the district court denying expert witness costs was not abuse of discretion and affirm that judgment. *See* J. Moore, W. Taggart & J.

Wicker, *Moore's Federal Practice* ¶ 54.77 [5.–3] (2d ed. 1983).

Excepting only the foregoing, IT IS ORDERED that the petition for rehearing filed in the above entitled and numbered cause be and the same is hereby

DENIED.